IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONA'LITA O'NEAL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-4521 |
| § | |
| DURWOOD F. COLLUM, and G & P § | |
| TRUCKING CO., INC., § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a Final Judgment.

SIGNED on February 17, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge